Petty Offense ( )
Misdemeanor ( )
Felony (X )
Juvenile ( )

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

County of Offense: __Davidson/Rutherford__

AUSA's NAME: __VAN VINCENT__

__Roger Wayne Battle__
Defendant's Name

__N/A__
Defendant's Address

Interpreter Needed? ____Yes    __X__ No

If Yes, what language?

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| | | SEE ATTACHED SHEET | | |
| | | | | |
| | | | | |
| | | | | |

If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody? ( X) Yes ( ) No    If Yes, State or Federal?

Has a complaint been filed? ( ) Yes (X) No
    If Yes:  Name of Magistrate Judge _____    Case No.: _____
            Was the defendant arrested on the complaint? ( ) Yes        ( ) No

Has a search warrant been issued?    ( ) Yes  ( X) No
    If Yes:  Name of Magistrate Judge _____    Case No.: _____

Was bond set by Magistrate/District Judge:    ( ) Yes  ( ) No        Amount of bond: _____

Is this a Rule 20? ( ) Yes  (X) No    To/from what district? _____
Is this a Rule 40? ( ) Yes  (X) No    To/from what district? _____

Is this case related to a pending or previously filed case? ( x ) Yes        ( ) No

        What is the related case number: _____N/A_____

        Who is the Magistrate Judge: _____N/A_____    District Judge: _____

Estimated trial time: __Three Weeks__

The Clerk will issue a **Summons**  / **Warrant**        (circle one)

Bond Recommendation: ____Detention____

(Revised January 2008)

ROGER WAYNE BATTLE a/k/a "T-Wayne"

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 18/1959(a)(5) | Conspiracy To Kidnap | Not more than ten years<br><br>18 U.S.C. § 3559(a)(3)- Class C felony<br><br>18 U.S.C. § 3583(b)(2)- Not more than 3 years supervised release | $250,000 fine |
| 2 | 18/1959(a)(1) | Kidnaping | Any term of years or for life<br><br>18 U.S.C. § 3559(a)(3)- Class A felony<br><br>18 U.S.C. § 3583(b)(2)- Not more than 5 years supervised release | $250,000 fine |

Case 3:09-cr-00244   Document 3-1   Filed 10/07/09   Page 2 of 8 PageID #: 77

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 3, 6 | 18/924(c)<br>18/924(c)(1)(A)(ii) | Use/Carry Firearm In Relation To A Crime Of Violence And In Commission Did Brandish The Firearm | A term of imprisonment of not less than 7 years - life<br><br>18 U.S.C. § 3559(a)(1)- Class A felony<br><br>18 U.S.C. § 3583(b)(1)- Not more than 5 years supervised release | $250,000 |
| 4, 8 | 18/1959(a)(6) | Conspiracy To Commit Assault With A Dangerous Weapon | Not more than 3 years imprisonment<br><br>18 U.S.C. § 2<br><br>18 U.S.C. §3559(a)(5) - Class E felony<br><br>18 U.S.C. § 3583(b)(3) - Not more than 1 year supervised release | $250,000 |

Case 3:09-cr-00244 Document 3-1 Filed 10/07/09 Page 3 of 8 PageID #: 78

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 5, 11, 14, 17, 20, 23, 29, 32, 35, 39, 42, 45, 49, 52, 55 | 18/1959(a)(3) | Assault With A Dangerous Weapon | Not more than 20 years<br><br>18 U.S.C. §3559(a)(3)- Class C Felony<br><br>18 U.S.C. § 3583(b)(2) - Not more than 3 years supervised release | $250,000 |
| 8 | 18/1959(a)(6) | Conspiracy To Commit Assault With A Dangerous Weapon | Not more than 3 years imprisonment<br><br>18 U.S.C. § 2<br><br>18 U.S.C. §3559(a)(5) - Class E felony<br><br>18 U.S.C. § 3583(b)(3) - Not more than 1 year supervised release | $250,000 |

Case 3:09-cr-00244   Document 3-1   Filed 10/07/09   Page 4 of 8 PageID #: 79

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 7, 58 | 18/1959(a)(5) | Conspiracy To Commit Murder | Not more than 10 years and/or imprisonment<br><br>18 U.S.C. § 3559(a)(3) - Class C felony<br><br>18 U.S.C. § 3583(b)(2) - Not more than 3 years supervised release | $250,000 |
| 9 | 18/924(o) | Conspiracy to Carry/Use Firearms Crime of Violence | Not more than 20 years<br><br>18 U.S.C. § 3559(a)(3) - Class C felony<br><br>18 U.S.C. § 3583(b)(2) - Not more than 3 years supervised release | $250,000 |

ROGER WAYNE BATTLE a/k/a "T-Wayne"

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 10, 13, 16, 19, 22, 28, 31, 34, 38, 41, 44, 48, 51,54 | 18/1959(a)(5) | Attempt to Commit Murder | Not more than 10 years<br><br>18 U.S.C. § 3559(a)(3) - Class C felony<br><br><br>18 U.S.C. § 3583(b)(2) - Not more than 3 years supervised release | $250,000 |
| 12, 15, 18, 21, 24, 30, 33, 36, 40, 43, 46, 50, 53, 56 | 18/924(c) 18/924(c)(1)(A)(iii) | Use/Carry Firearm In Relation To A Crime Of Violence And In Commission Did Discharge The Firearm | Not less than 10 years and not more than life<br><br>18 U.S.C. § 3559(a)(1) - Class A felony<br><br>18 U.S.C. § 3583(b)(1) - Not more than 5 years supervised release | $250,000 |

Page 5 of 7

ROGER WAYNE BATTLE a/k/a "T-Wayne"

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 25, 37, 47, 57, 61, 62 | 18/922(g) | Possession Firearm/Ammunition Convicted Felon | Not more than 10 years<br><br>18 U.S.C. § 3559(a)(3) - Class C Felony<br><br>18 U.S.C. § 3583(b)(2) - Not more than 3 years supervised release | $250,000 |
| 26, 59 | 18/1959(a)(1) | Murder | Death or life imprisonment<br><br>18 U.S.C. § 3559(a)(1) - Class A felony<br><br>18 U.S.C. § 3583(b)(2) - Not more than 5 years supervised release | $250,000 |

Page 6 of 7

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 27 | 18/924(c)<br>18/924(j) | Use/Carry Firearm In Relation To A Crime Of Violence And Did Commit Murder | Death or imprisonment for any term of years or for life<br><br>18 U.S.C. § 3559(a)(1)- Class A Felony<br><br>18 U.S.C. § 3583(b)(2)- Not more than 5 years supervised release | $250,000 |
| 64 | 21/846 | Conspiracy To Distribute Drugs | Not more than 20 years imprisonment<br><br>18 U.S.C. § 3559(a)(3) - Class C Felony<br><br>18 U.S.C. § 3583(b)(2) - Not more than 3 years supervised release | $1,000,000 |